# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff(s), <br> vs. <br> Jorge Winston Lopez-Moreno, <br>     Defendant(s). | NO. CR 08-1577-FRZ-CRP <br><br> ORDER |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress Statements. [22]

On July 27, 2009, Magistrate Judge Charles R. Pyle conducted a hearing and on August 19, 2009 issued his Report and Recommendation. [31] A copy was sent to all parties. Defendant filed his Objection to Report and Recommendations on August 25, 2009. [34] The Government did not file a response.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Pyle's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Motion to Suppress Statements is DENIED.

DATED this 17th day of September, 2009.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge